**FILED**
September 10, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEVERO REYNA,<br><br>Defendant. | Case No. 20-cr-112-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SEVERO REYNA ,

Case No.  20-cr-112-JAM   Charge 21 USC § 846(a)(1) 21 USC §§ 846, 841(a)(1) ,

from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

__X__   Secured Bond Posted in the Sum of $  5,000.00

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

__X__   (Other): Pretrial Supervision under the terms and conditions as stated on the record.

Issued at Sacramento, California on September 10, 2020 at __2:50 pm___.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney