DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
JOSEPH CUARON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:20-cr-00112 JAM |
| Plaintiff, | ) STIPULATION AND ORDER<br>) FOR CONTINUANCE OF STATUS<br>) CONFERENCE |
| v. | ) |
| JOSHUA CABANILLAS, et. al, | ) |
| Defendants. | ) |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn; Defendant Gregory Tabarez, by and through his counsel, Jennifer Mouzis; Defendant Severo Reyna, by and through his counsel, Eduardo Garnica; and Defendant Joseph Cuaron, by and through his counsel, David Fischer (hereinafter "defense") agree and stipulate to vacate the date set for status conference, January 8, 2021, at 9:30 a.m., in the above-captioned matter, and to continue the status conference to March 2, 2021, at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

By previous order, this case was set for status conference on January 12, 2021. Defense counsel requests a continuance in order to further prepare, confer with their respective clients, review the discovery, and otherwise prepare for trial or resolution of this case. The Government does not object to this continuance. Based upon the foregoing, the parties stipulate that that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial. The parties also agree and stipulate that time under the Speedy Trial Act should be excluded as of January 12, 2021, through and including March 2, 2021; pursuant to 18 U.S. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479 [Local Code T4]. Accordingly, the parties respectfully request the Court adopt this proposed stipulation

IT IS SO STIPULATED.

Dated: January 8, 2021           McGREGOR W. SCOTT
                                 United States Attorney

                                 By: /s/ Vincenza Rabenn
                                 VINCENZA RABENN
                                 Assistant United States Attorney

Dated: January 8, 2021           /s/ Jennifer Mouzis
                                 JENNIFER MOUZIS
                                 Attorney for Defendant
                                 GREGORY TABAREZ

| | |
|---|---|
| Dated: January 8, 2021 | /s/ Eduardo Garnica <br> EDUARDO GARNICA <br> Attorney for Defendant <br> SERVERO REYNA |
| Dated: January 8, 20201 | /s/ David Fischer <br> DAVID FISCHER <br> Attorney for Defendant <br> JOSEPH CUARON |

**O R D E R**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, considering the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and defendants in a speedy trial. The Court orders from the time of the parties' stipulation, January 8, 2021, up to and including March 2, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 [Local Code T4]. It is further ordered the January 12, 2021 status conference shall be continued until March 2, 2021, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 8th day of January, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE