**JENNIFER MOUZIS**
**Law Office of Jennifer Mouzis**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
GREGORY TABAREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:20-cr-00112-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE, AND TO EXCLUDE** |
| | ) | **TIME** |
| | ) | |
| **JOSHUA CABANILLAS, et al,** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn; Defendant Gregory Tabarez, by and through his counsel, Jennifer Mouzis; Defendant Severo Reyna, by and through his counsel, Eduardo Garnica; and Defendant Joseph Cuaron, by and through his counsel, David Fischer (hereinafter "defense") **agree and stipulate to vacate the date set for status conference, March 2, 2021 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to April 20, 2021 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez**.

By previous order, this case was set for status conference on March 3, 2021 (ECF 43). Defense counsel requests a continuance in order to further prepare, confer with their respective

clients, review the discovery, and otherwise prepare for trial or resolution of this case. The Government does not object to this continuance.

Based upon the foregoing, the parties stipulate that that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial. The parties also agree and stipulate that time under the Speedy Trial Act should be excluded as of February 26, 2021, through and including April 20, 2021; pursuant to 18 U.S. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479 [Local Code T4].

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: February 26, 2021            McGREGOR W. SCOTT
                                    United States Attorney

                            By:     /s/ Vincenza Rabenn
                                    VINCENZA RABENN
                                    Assistant United States Attorney

Dated: February 26, 2021            /s/ Jennifer Mouzis
                                    JENNIFER MOUZIS
                                    Attorney for Defendant
                                    GREGORY TABAREZ

Dated: February 26, 2021            /s/ Eduardo Garnica
                                    EDUARDO GARNICA
                                    Attorney for Defendant
                                    SERVERO REYNA

Dated: February 26, 2021            /s/ David Fischer
                                    DAVID FISCHER
                                    Attorney for Defendant
                                    JOSEPH CUARON

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, considering the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, February 26, 2021, up to and including April 20, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 [Local Code T4]. **It is further ordered** the March 3, 2021 status conference shall be continued until April 20, 2021, at 9:30 a.m.

Dated:  February 26, 2021         /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE