PHILLIP A. TALBERT
Acting United States Attorney
VINCENZA RABENN
DAVID W. SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEVERO REYNA, <br> GREGORY TABAREZ, and <br> JOSEPH ELIJAH CUARON, <br><br> Defendants. | CASE NO.  2:20-CR-112-JAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: April 20, 2021 <br> TIME: 9:30 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on April 20, 2021.

2. By this stipulation, defendants now move to continue the status conference until June 22, 2021, and to exclude time between April 20, 2021, and June 22, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 1731 pages, including investigative reports, audio and video recordings, and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review the discovery, conduct factual investigation and legal research, confer with their clients, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2021 to June 22, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 16, 2021              PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   /s/ DAVID W. SPENCER
                                   DAVID W. SPENCER
                                   Assistant United States Attorney

Dated: April 16, 2021              /s/ Eduardo Garnica
                                   Eduardo Garnica
                                   Counsel for Defendant
                                   SEVERO REYNA

Dated: April 16, 2021              /s/ Jennifer Mouzis
                                   Jennifer Mouzis
                                   Counsel for Defendant
                                   GREGORY TABAREZ

Dated:  April 16, 2021  /s/ David Fischer
David Fischer
Counsel for Defendant
JOSEPH CUARON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE