PHILLIP A. TALBERT
Acting United States Attorney
VINCENZA RABENN
VERONICA M.A. ALEGRÍA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEVERO REYNA,<br>GREGORY TABAREZ, and<br>JOSEPH ELIJAH CUARON,<br><br>Defendants. | CASE NO. 2:20-CR-112-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 22, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on June 22, 2021.

2. By this stipulation, defendants now move to continue the status conference until August 3, 2021, and to exclude time between June 22, 2021, and August 3, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 1731 pages, including investigative reports, audio and video recordings, and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to review the discovery, conduct factual investigation and legal research, confer with their clients, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2021 to August 3, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 21, 2021 PHILLIP A. TALBERT
Acting United States Attorney

/s/ VERONICA M.A. ALEGRÍA
VERONICA M.A. ALEGRIA
Assistant United States Attorney

Dated: June 21, 2021 /s/ Eduardo Garnica
Eduardo Garnica
Counsel for Defendant
SEVERO REYNA

Dated: June 21, 2021 /s/ Jennifer Mouzis
Jennifer Mouzis
Counsel for Defendant
GREGORY TABAREZ

Dated: June 21, 2021           /s/ David Fischer
                                David Fischer
                                Counsel for Defendant
                                JOSEPH CUARON

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of June, 2021.

                                /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE