UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00112-JAM-2 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SEVERO REYNA, | |
| Defendants. | |

On July 20, 2023, the Defendant filed a request to exonerate bond. See ECF No. 114. The Defendant, Severo Reyna, was ordered released during the pendency of his case pursuant to a secured bond in the amount of $5,000.00. See ECF Nos. 33 and 34.  IT IS ORDERED the surety bond securing the attendance of Defendant Severo Reyna is hereby **EXONERATED**. The Clerk of Court **SHALL** reconvey the $5,000.00 surety cash bond pursuant to receipt CAE200108847, filed on September 14, 2020, to **Guadalupe Elizabeth Reyna Leyva**.

Dated: July 31, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE